Edwin Wayne Walker, Gretna, LA, Defendant–Appellant.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Terrance Howard on appeal has filed a motion for leave to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Howard has filed a response.

Because neither Howard nor his attorney filed any pleading evincing an intent to appeal within the period prescribed in FED. R.APP. P. 4(b)(4), the district court was without authority to extend the time for filing an appeal. *See United States v. Awalt,* 728 F.2d 704, 705 (5th Cir.1984).

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos Ernesto MALDONADO,**
**Defendant–Appellant.**

No. 04–20869.
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 22, 2005.

---

738

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District Of Texas, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District Of Texas HOUSTON, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Carlos Ernesto Maldonado pleaded guilty to illegal reentry after deportation following conviction of an aggravated felony and was sentenced to 69 months of imprisonment, three years of supervised release, and a $100 special assessment.

Maldonado argues for the first time on appeal that the sentencing provisions of 8 U.S.C. § 1326(b)(1) and (2) are unconstitutional on their face in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Maldonado acknowledges that his argument is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), but he seeks to preserve the issue for Supreme Court review. As Maldonado concedes, this issue is foreclosed. *See Apprendi,* 530 U.S. at 489–90, 120 S.Ct. 2348; *United States v. Dabeit,* 231 F.3d 979, 984 (5th Cir.2000).

**AFFIRMED.**

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.